IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TODD JENNINGS,

   Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-1500-TWT

### ORDER

This is an action seeking review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 25] of the Magistrate Judge recommending remanding the action under sentence six of 42 U.S.C. § 405(g). No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED under sentence six of 42 U. S. C. § 405(g).

SO ORDERED, this 25 day of August, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Jennings\r&r.wpd